IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN VIRGIL McCUTCHEON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-655-WDS |
| ) | |
| GREG LAMBERT, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is Petitioner's "motion for permission to be heard by Seventh Circuit or grant extension of time" (Doc. 7). The Court is not sure whether this motion constitutes a notice of appeal, or whether it is Petitioner's attempt to obtain authorization from the Seventh Circuit to file a second or successive habeas corpus petition. Accordingly, this motion is **DENIED**.

If Petitioner wishes to appeal this Court's decision, he must file a properly titled notice of appeal in this Court. *See* FED.R.APP.P. 3(c). If, on the other hand, he wishes to seek permission to file a second or successive habeas corpus petition, he must file that application directly with the Seventh Circuit. *See* 28 U.S.C. § 2244(b)(3)(A).

**IT IS SO ORDERED.**

**DATED: November 3, 2006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE